COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF ALLEGHENY



# Civil Action Hearing Notice

| Mag. Dist. No: | MDJ-05-2-19 |
|---|---|
| MDJ Name: | Honorable Thomas S. Brletic |
| Address: | 680 Washington Road<br>Suite B103<br>Pittsburgh, PA 15228 |
| Telephone: | 412-561-4415 |

Michael N Vitanovich  
v.  
Quest Diagnostics Inc., Trans World Systems, Equifax

Trans World Systems  
P.O. Box 15270  
Wilmington,, DE 19850

Docket No:  MJ-05219-CV-0000105-2021  
Case Filed:  7/15/2021

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: **Tuesday, August 24, 2021** | Place: | Magisterial District Court 05-2-19, Pittsburgh<br>680 Washington Road<br>Suite B103<br>Pittsburgh, PA 15228<br>412-561-4415 |
|---|---|---|
| Time: **8:50 AM** | | |

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office. **If you intend to defend you must return the ORIGINAL form SIGNED. No phone calls. No faxes. We must have your original form 5 days prior to hearing.**

You must appear at the hearing and present your defense. Unless you by default.

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

**READ ALL ATTACHED PAPERWORK**

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

---

MDJS 308  
Printed: 07/15/2021 11:37:20AM

1



FREE INTERPRETER  
www.pacourts.us/language-rights  
412-350-5419

# COMMONWEALTH OF PENNSYLVANIA



## COUNTY OF ALLEGHENY

DORMONT BOROUGH
MT. LEBANON TOWNSHIP

**MAGISTERIAL DISTRICT JUDGE**
Magisterial District 05-2-19
680 WASHINGTON ROAD
SUITE B-103
PITTSBURGH, PA 15228

OFFICE:
TEL 412-561-4415
FAX 412-561-4338

### NOTICE OF INTENT TO DEFEND

TO ALL DEFENDANTS ON CIVIL CASES:

PLEASE BE ADVISED THAT YOU HAVE THE FOLLOWING RIGHTS IN REGARDS TO THE ENCLOSED COMPLAINT.

1. YOU MAY PAY THE SPECIFIED AMOUNT PLUS COST SET FORTH IN THE COMPLAINT DIRECTLY TO THE PLAINTIFF. THEN HAVE THE PLAINTIFF NOTIFY THIS OFFICE IN WRITING THAT THE COMPLAINT IS SETTLED.

2. **IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU MUST NOTIFY THIS OFFICE IMMEDIATELY BY <u>SIGNING THIS FORM</u> AND RETURNING IT TO THIS OFFICE.**

**WE WILL NOT ACCEPT PHONE CALLS OR FAXES YOU MUST RETURN THIS ORIGNAL FORM SIGNED ONLY!!**

**PLEASE NOT THE DATE AND TIME CAREFULLY. FAILURE TO APPEAR WILL MEAN THAT A JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE FULL AMOUNT CLAIMED PLUS ALL COSTS BY DEFAULT.**

NAME_____

I WILL ATTEND_____ I WILL NOT ATTEND_____

DATE RESPONDING_____ PHONE NUMBER_____

DOCKET NUMBER _CV 105-21_ HEARING DATE_____

MAIL TO:   DISTRICT COURT 05-2-19
              680 WASHINGTON ROAD  SUITE B-103
              PITTSBURGH, PA  15228

NO FAXED COPIES
ORIGINAL ACCEPTED
ONLY

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF



# CIVIL COMPLAINT

Mag. Dist. No:
MDJ Name: mdj-05-2-19
Address: 680 washington rd
    suite b103
    pittsburgh, pa 15228
Telephone:

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 200.39 | 7-15-21 |
| POSTAGE | $ | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ 200.39 | |

PLAINTIFF:      NAME and ADDRESS
Michael N. Vitanovich
174 Seminole Dr. Pittsburgh, Pa 15228
412-956-6735

V.
DEFENDANT:      NAME and ADDRESS
1. Quest Diagnostics Inc. 1715 Twin Springs Rd. Baltimore, MD 21227
2. Equifax Po box 740256 Atlanta ga 30374
3. TRANS WORLD SYSTEMS
    P.O. BOX 15270
    WILMINGTON, DE 19850

Docket No: CV105-21
Case Filed: 7-15-21

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 5,000.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

I had filed a dipute with equifax concerning a collections that was put on my credit bureau that should not be there, I asked them to remove it but they refused, I spoke to the collections agencey and the refused also.
According to the collection agency there was a bill of 81.00 that quest diagnostices sent to a jefferson ave address that I have never lived at, then quest sent the bill to trans world systems for collections and they reported it to the credit bureau that I never paid it.
I have offered all of the proof to equifax of my address and my statements from my doctors office with my address on it but they refused to take it, I have spent hours on the phone and can not get this resolved, my credit score went from 804 to 760 because of this.

I am asking the court to have equifax remove this from my credit report and for damages due to my credit score dropping

I, Michael N. Vitanovich verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

---

**If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

AOPC 308A      1.      **FREE INTERPRETER** www.pacourts.us/language-rights



# Directions for Remote Appearance

If you would like to appear remotely for this hearing you must take the following steps:

1. Download the Microsoft TEAMS app on either a computer or a smart device/phone. Directions can be found on the Fifth Judicial Website
    - Directions for smart device/phone
      https://www.alleghenycourts.us/downloads/Teams How to download to your phone.pdf
    - Directions for web browser
      https://www.alleghenycourts.us/downloads/Teams How to Join from Your Smart Device.pdf

2. Notify the Magisterial District Court of your email address and that you would like to appear remotely. 05-2-19@alleghenycourts.us or call at 412-561-4415.

3. At the time of the hearing join through TEAMs
    - Directions to join for smart device/phone
      https://www.alleghenycourts.us/downloads/Teams How to Join from Your Smart Device.pdf
    - Directions to join from web browser
      https://www.alleghenycourts.us/downloads/Teams How to Join Microsoft Teams in the Teams app from a computer.pdf

CERTIFIED MAIL™

MAGISTERIAL DISTRICT 05-2-19
WASHINGTON CENTER BUILDING, B103
680 WASHINGTON ROAD
PITTSBURGH, PA 15228



PITTSBURGH PA 150

17 JUL 2021 PM 4



US POSTAGE
$05.86
First-Class
Mailed From 15228
07/16/2021
032A 0061804266

9214 8969 0099 9790 1315 7606 62

CV 105-2021
Trans World Systems
P.O. Box 15270
Wilmington, DE 19850

19850-527070

Batch #:     304,938
Article #:   9214896900999790131576O662
Date/Time:   7/15/2021 3:14:23 PM

Internal File #:
Internal Code: